UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON COOK and ELFE KUESTERS, individuals and behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No.: 3:21-cv-02458-MMC<br><br>CLASS ACTION<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge:      Hon. Maxine M. Chesney<br>Courtroom:  7<br>Date:       None<br><br>Complaint Filed:  April 6, 2021<br>FAC Filed:       November 5, 2021<br>SAC Filed:       February 11, 2022<br>Trial Date:      None Set |

Based on the Parties' Stipulation of Dismissal (ECF Docket No. 82 [~~83~~]), the Court GRANTS the Stipulation of Dismissal and hereby enters the following Order:

1. That the above-captioned action be and hereby is dismissed WITH PREJUDICE as to Plaintiffs Jason Cook and Elfe Kuesters individual claims for relief asserted against Defendant State Farm General Insurance Company;

2. That the above-captioned action be and hereby is dismissed WITHOUT PREJUDICE as to the putative class claims for relief asserted on behalf of the uncertified putative class against Defendant State General Insurance Company; and

3.  That Plaintiffs Jason Cook and Elfe Kuesters and Defendant State Farm General Insurance Company shall each bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  February 2    , 2023

*[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE